**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

PRINCELLA BLOCK                                                                                    PLAINTIFF

v.                                            No. 4:13CV00346 JLH

PEPSICO, INC.; FRITO LAY, INC.;
HAROLD D. MCDONALD; and
WALLY POLLICH                                                                                      DEFENDANTS

## ORDER

Princella Block has filed a motion for discovery, which she says is filed pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Rule 26(f) prescribes a conference between the parties in which a discovery plan must be instituted but is not, itself, a basis for a discovery motion. Rather, discovery is conducted pursuant to the rules governing depositions, interrogatories, requests for production of documents, and requests for admission. *See* Federal Rules of Civil Procedure 30-36. Block's motion could be construed as a motion to compel pursuant to Rule 37(a), but she has never requested any discovery from the defendants pursuant to Rules 30 through 36, so there is nothing to compel.

The defendants point out that Block has failed throughout this proceeding to comply with the Federal Rules of Civil Procedure. She is hereby warned that continued failure to comply could result in dismissal of her claims.

The motion for discovery is DENIED. Document #37.

IT IS SO ORDERED this 30th day of July, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE