## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PRINCELLA BLOCK                                                                                    PLAINTIFF

v.                                    No. 4:13CV00346 JLH

PEPSICO, INC.; FRITO LAY, INC.;
HAROLD D. MCDONALD; and
WALLY POLLICH                                                                                     DEFENDANTS

### ORDER

The parties have filed a joint motion to dismiss this action with prejudice based on a settlement agreement into which they have entered. A motion to set aside the settlement agreement was previously denied by United States Magistrate Judge Jerome T. Kearney, and neither party now contests that decision. All issues regarding attorneys' fees have been resolved. Although the parties request the Court to retain jurisdiction to enforce the settlement agreement, the Court is not aware of any provisions in the agreement that remain to be enforced. The joint motion to dismiss with prejudice is GRANTED. Document #61. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 5th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE